STOCKER and another, Respondents, vs. NETHERLANDS FIRE & LIFE IN-
SURANCE COMPANY, Appellant.

*December 5, 1916—January 16, 1917.*

*Stocker v. Dubuque F. & M. Ins. Co., ante,* p. 614, followed.

APPEAL from a judgment of the municipal court of Outagamie
county: ALBERT M. SPENCER, Judge. *Affirmed.*

For the appellant there was a brief by *Gill & Barry,* and oral argu-
ment by *A. R. Barry.*

*Francis S. Bradford,* for the respondents.

KERWIN, J.   This case is ruled by *Stocker v. Dubuque F. & M. Ins.
Co., ante,* p. 614, 160 N. W. 1035.

*By the Court.*—Judgment is affirmed.